# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JACK W. POPEJOY, ) <br> ) <br> Defendant. ) | Case No. 4:03CR3064 |

## ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Response Deadline, filing 85. The Court, being fully advised in the premises, and noting that the government has no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the defendant shall file his Response, with supporting affidavits, no later than August 1, 2005.

Dated this 1st day of July, 2005.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge