# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>     )<br>         Plaintiff, )<br>     )<br>v.   )<br>     )<br>JACK W. POPEJOY,   )<br>     )<br>         Defendant.   ) | Case No.  4:03CR3064 |

## ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Response Deadline, filing 88.   The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the defendant shall file his Response, with supporting affidavits, no later than August 15, 2005.

Dated this 2nd day of August, 2005.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge