IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JACK W. POPEJOY, )<br>)<br>Defendant. ) | Case No. 4:03CR3064 |

### ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Response Deadline, filing 90. The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the defendant shall file his Response, with supporting affidavits, no later than Friday, August 26, 2005.

Dated this 15th day of August, 2005.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge