IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,          )
                                   )
                  Plaintiff,       )
                                   )           4:03CR3064
            v.                     )
                                   )
JACK W. POPEJOY,                   )
                                   )              ORDER
                  Defendant.       )
                                   )

        IT IS ORDERED:

        1.   A hearing on defendant's § 2255 claim that he was
denied effective assistance of counsel because his trial attorney
failed or refused to file an appeal is set for October 4, 2005 at
1:30 p.m. for a duration of three hours.

        2.   The marshal is directed to secure the presence of
defendant for the hearing.

        DATED this 12th day of September, 2005.

                              BY THE COURT:

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge