IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                              )<br>                       Plaintiff,    )<br>                                                              )<br>v.                                                         )<br>                                                              )<br>JACK W. POPEJOY,                       )<br>                                                              )<br>                       Defendant.  ) | Case No. 4:03CR3064 |

### ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion, filing 95, to Continue Evidentiary Hearing set in the above captioned matter. Being fully advised in the premises, and noting that the government has no objection, this Court finds that said motion should be granted.

IT IS THEREFORE ORDERED that the evidentiary hearing scheduled for October 4, 2005, shall be continued until October 26, 2005, at 9:00 a.m. The United State Marshal is directed to secure the presence of the defendant for said hearing.

Dated this 13th day of September, 2005.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge